UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR09-5601BHS |
|---|---|
| Plaintiff-Respondent, | ORDER DENYING MOTION FOR REDUCTION OF SENTENCE |
| v. | |
| SAUL AGUILAR-SAGUN | |
| Defendant-Movant. | |

This matter comes before the court on Defendant-Movant Saul Aguilar-Sagun's (Aguilar-Sagun) Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582. Dkt. 262. The court has reviewed the motion and the government's response (Dkt. 270).

Defendant seeks a reduction in sentence based on Amendment 788 to the Sentencing Guidelines which made Amendment 782 to USSG 2D1.1. Because the sentence that Aguilar-Sagun is serving is the applicable mandatory minimum sentence required by 21 U.S.C. § 841(b)(1)(A), Defendant is ineligible for a reduction in sentence under 18 U.S.C. 3582(c)(2) and his motion should be denied.

NOW, THEREFORE, IT IS HEREBY ORDERED that Aguilar-Sagun's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 is DENIED.

Dated this 1st day of June, 2015.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1